## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTYN EWART** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **STATE FARM MUTUAL AUTOMOBILE** | : | |
| **INSURANCE COMPANY** | : | **NO. 17-878** |

## <u>ORDER</u>

**NOW**, this 6th day of June, 2017, upon consideration of the Motion of Plaintiff to Remand (Document No. 5), and the Defendant's Response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the state court from which it was removed.

       /s/ Timothy J. Savage
       TIMOTHY J. SAVAGE,  J.